IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50520
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SCOTT WILLIAMS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CA-081
- - - - - - - - - -
February 4, 1998
Before WIENER, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

        Scott Williams has applied to this court for a certificate
of appealability relative to the district court's denial of 28
U.S.C. § 2255 relief from his sentence for conspiring to
distribute methamphetamine.  The application is DENIED.

        Williams's contentions that he is entitled to relief on
authority of 18 U.S.C. § 3582(c)(2) or 28 U.S.C. § 1651(a), the
All Writs Act, have no merit.  Therefore, the district court's
denial of relief on these claims is AFFIRMED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The court will not consider, on the merits, Williams's contention that he is entitled to 28 U.S.C. § 2241 habeas corpus relief because the § 2255 remedy is inadequate and ineffective. Williams presents this claim for the first time on appeal, and he has not attempted to show that plain error was implicated. See United States v. Calverley, 37 F.3d 160, 162-164 (5th Cir. 1994) (en banc).